No. 26-1160

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FEDMET RESOURCES CORPORATION,

*Plaintiff-Appellee,*

v.

MAGNESIA CARBON BRICKS FAIR TRADE COMMITTEE,

*Defendant-Appellant,*

UNITED STATES,

*Defendant.*

On Appeal from the United States Court of International Trade
No. 1:23-cv-00117-MMB, Hon. M. Miller Baker

## DEFENDANT-APPELLANT'S REPLY IN FURTHER SUPPORT OF MOTION TO EXPEDITE APPEAL

J. Michael Taylor
 *Counsel of Record*
Ashley C. Parrish
Daniel L. Schneiderman
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
jmtaylor@kslaw.com

*Counsel for Magnesia Carbon Bricks Fair Trade Committee*

November 26, 2025

# ARGUMENT

Appellant's motion to expedite respectfully asks the Court to allow Appellant to file its opening brief as promptly as possible, require Appellees to comply with the ordinary briefing deadlines under the rules (with no extensions), and set this case for argument at the Court's earliest convenience, with a decision before August 2026. That motion should be granted. The government has not responded. The response by Appellee Fedmet Resources Corporation ("Fedmet") states that it "supports the expeditious resolution of this appeal." Resp. 2.

Fedmet nonetheless says that it opposes Appellant's motion, arguing that Appellant has merely re-stated its disagreement with the merits of the Trade Court's decision. Of course, the merits—and why Appellant is likely to succeed—are relevant to understanding why considering this appeal on an accelerated basis is warranted. Contrary to Fedmet's suggestion, however, that is not the only reason to expedite. As Appellant's motion explains, and as supported by the declaration attached to its motion, Appellant and the domestic industry face severe competitive harm, a conclusion also supported by findings made by the U.S. International Trade Commission. Expedition is needed to limit

foreign importers' ability to flood the market with refractory bricks at unfairly traded (and injurious) prices that are within the scope of the relevant antidumping and countervailing duty orders, but because they contain trace amounts of alumina are improperly treated as out-of-scope under the Trade Court's decision. Because imports entering the country are typically liquidated after 314 days, if the Court does not expedite this appeal, entries could be liquidated without payment of any duties, causing substantial and irreparable harm. Those facts supporting Appellant's motion, which no party has disputed, are sufficient to demonstrate that a "normal briefing and disposition schedule may adversely affect one of the parties" and, therefore, good cause exists for granting the motion. Fed. Cir. R. 27 Practice Notes.

Appellant respectfully requests that the Court expedite briefing, and that it set this case for argument and resolution before August 2026.

Dated: November 26, 2025

        Respectfully submitted,

        */s/ J. Michael Taylor*
        J. Michael Taylor
         *Counsel of Record*
        Ashley C. Parrish
        Daniel L. Schneiderman
        KING & SPALDING LLP
        1700 Pennsylvania Avenue NW
        Washington, DC 20006
        (202) 737-0500
        jmtaylor@kslaw.com

        *Counsel for Magnesia Carbon Bricks*
        *Fair Trade Committee*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I certify that this motion:

(i) complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 330 words, including footnotes and excluding the parts of the brief exempted by Federal Circuit Rule 32(b) and Federal Rule of Appellate Procedure 32(f); and

(ii) complies with the typeface and style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because this document has been prepared using Microsoft Office Word and is set in 14-point Century Schoolbook font.

Date: November 26, 2025

*/s/ J. Michael Taylor*
J. Michael Taylor

*Counsel for Magnesia Carbon Bricks Fair Trade Committee*