UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| FEDMET RESOURCES CORP., ) <br> ) <br> Plaintiff-Appellee, ) <br> ) <br> v. ) <br> ) <br> MAGNESIA CARBON BRICKS ) <br> FAIR TRADE COMMITTEE, ) <br> UNITED STATES, ) <br> ) <br> Defendants-Appellants. ) | Nos. 2026-1160, 2026-1245 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to the dismissal of the appeal filed by the United States docketed under Case No. 2026-1245, with each side to bear its own fees and costs associated with this appeal. This stipulation applies only to Case No. 2026-1245 and does not affect Case No. 2026-1160.

Respectfully Submitted,

| | |
|---|---|
| /s/ R. Will Planert <br> R. WILL PLANERT <br> Donald B. Cameron <br> MORRIS MANNING & MARTIN LLP <br> 1401 Eye Street, NW, Suite 600 <br> Washington, D.C. 20005 <br> (202) 216-4819 <br><br> Counsel for <br> Fedmet Resources Corporation | BRETT A. SHUMATE <br> Assistant Attorney General <br><br> PATRICIA M. McCARTHY <br> Director <br><br> REGINALD T. BLADES, JR. <br> Assistant Director |

/s/ Antonia R. Soares
ANTONIA R. SOARES
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7405
antonia.soares@usdoj.gov

Attorneys for Defendant-Appellant
United States

OF COUNSEL:

K. GARRETT KAYS
Attorney
Office of the Chief Counsel
For Trade Enforcement
   & Compliance
U.S. Department of Commerce

/s/ J. Michael Taylor
J. MICHAEL TAYLOR
Daniel L. Schneiderman
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 737-0500
Email: jmtaylor@KSLAW.com
dschneiderman@kslaw.com

Counsel for Defendant-Appellant
Magnesia Carbon Bricks
Fair Trade Committee

December 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that, on this 29th day of December, 2025, "JOINT STIPULATION OF VOLUNTARY DISMISSAL" was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/ Antonia R. Soares